UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
APR 09 2010
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| DONALD E. MOELLER, | \* | CIV. 04-4200 |
| Petitioner, | \* | |
| -vs- | \* | JUDGMENT |
| DOUGLAS WEBER, Warden, South Dakota State Penitentiary, Respondent. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with the March 31, 2009 Memorandum Opinion and Order denying Habeas Corpus Relief under 28 U.S.C. § 2254 and the Memorandum Opinion and Order Denying Motion for Rule 59(e) Relief issued on today's date,

IT IS ORDERED, ADJUDGED AND DECREED that Petitioner's Third Amended Petition for Writ of Habeas Corpus relief under 28 U.S.C. § 2254 is denied.

Dated this 9th day of April, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Summer Wahpat
(SEAL)    DEPUTY