UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| DONALD E. MOELLER, | \* | CIV. 04-4200 |
| | \* | |
| Plaintiff | \* | |
| | \* | |
| vs. | \* | |
| | \* | STIPULATION FOR |
| DOUGLAS WEBER, Warden | \* | DISMISSAL |
| South Dakota State Penitentiary; | \* | |
| DENNIS KAEMINGK, Secretary of | \* | |
| the South Dakota Department of | \* | |
| Corrections, in his official capacity; | \* | |
| and DOES 1-20, unknown employees | \* | |
| or agents of the South Dakota | \* | |
| Department of Corrections, | \* | |
| | \* | |
| Defendants. | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

It is hereby stipulated by and between Donald E. Moeller, by

and through Mark F. Marshall, one of his lawyers of record and the

Defendants, by and through their counsel of record, that the above

1

matter is hereby dismissed with prejudice and without costs

pursuant to Rule 41(a)(1)(A)(ii).

Dated this 2nd day of October, 2012.

> BANGS, McCULLEN, BUTLER,
> FOYE & SIMMONS, L.L.P.
>
> By: _____
>
> Mark F. Marshall
> Attorneys for Plaintiff
> 333 West Boulevard, Suite 400
> P.O. Box 2670
> Rapid City, SD  57709-2670
> (605) 343-1040

Dated this 2nd day of October, 2012.

> MARTY J. JACKLEY
> ATTORNEY GENERAL
> STATE OF SOUTH DAKOTA
>
> _____
>
> Marty J. Jackley
> Attorney General
> 1302 E. Highway 14, Suite #1
> Pierre, SD 57501-3215
> (605) 773-3215
> (605) 773-4106

2