**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION**

**Lawrence L. Piersol, United States District Judge, Presiding**

| | |
|---|---|
| Courtroom Deputy – DJP | Court Reporter – Jill Connelly |
| Courtroom – SF #1 | Date – October 4, 2012 |

CIV. 04-4200

| | |
|---|---|
| Donald E. Moeller | Scott Braden, Jennifer Molayem, Mark Marshall |
| Plaintiff, | |
| vs. | |
| Douglas Weber, Dennis Kaemingk, Does 1-20, | Marty Jackley, Paul Swedlund, Sherri Sundem Wald |
| Defendants. | |

TIME HEARING SCHEDULED TO BEGIN: 1:30 PM

TIME:
1:35 PM   Enter hearing (evidentiary) before the Hon. Lawrence L. Piersol, United States District Judge, Sioux Falls, SD. Counsel state their appearances for the record. Donald Moeller and Warden Weber are also present.

Comments by the Court.

Attorney Braden objects to the Court's questioning of Mr. Moeller. Overruled. Attorney Marshall makes comments to the Court.

The Court questions Mr. Moeller. Statements by Mr. Moeller.

Response/argument by Attorney Braden.
Response/argument by Attorney Jackley.
Reply by Attorney Braden.
Response/argument by Attorney Marshall.
Statements by Mr. Moeller.

The Court will take the issue of the acceptance of the Stipulation for Dismissal under advisement.

Case No.  CIV04-4200                                              Date – Thursday, October 4, 2012
                                                                                  Page No. 2
_____

                Attorney Braden requests an opportunity to make an offer of proof if the Court accepts the Stipulation for Dismissal.  Response by Attorney Marshall.  Comments by Attorney Jackley.

3:08 PM       Court in recess.