FILED
OCT 09 2012
[clerk stamp]

Donald E. Moeller
#28137
South Dakota State Penitentiary
P.O. Box 5911
Sioux Falls, SD 57717-5911

October 9, 2012

The Honorable Lawrence L. Piersol
United States Senior District Judge
400 S. Phillips Ave., #202
Sioux Falls, SD  57104

    Re:   Moeller v. Weber, Civ. 04-4200

Dear Judge Piersol,

    I am writing you so that my intention is unmistakable. I do not want to be represented by the Arkansas Federal Public Defender. I ask that you terminated their representation of me immediately.

                          Yours truly,

                          [signature]

                          Donald E. Moeller