# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

**Lawrence L. Piersol, United States District Judge, Presiding**

| | |
|---|---|
| Courtroom Deputy – DJP | Court Reporter – Jill Connelly |
| Courtroom – SF#2 | Date – October 22, 2012 |

CIV. 4:04-CV-4200

| | |
|---|---|
| Donald Moeller | Mark Marshall |
| Plaintiff, | |
| vs. | |
| Douglas Weber, Dennis Kaemingk, Does 1-20, | Marty Jackley, Paul Swedlund, |
| Defendants, | |
| Donna Nichols, | Robert Van Norman |
| Next Friend of Donald Moeller, | |

TIME HEARING SCHEDULED TO BEGIN: 10:00 AM

TIME:
10:05 AM     Enter hearing on Motion for Stay of Execution before the Hon. Lawrence L. Piersol, United States District Judge. Counsel state their appearances for the record. Donald Moeller is also present in Court. Mr. Van Norman appears via videoconference from Rapid City, SD.

                 Mr. Van Norman addresses the Court.
                 Mr. Marshall addresses the Court.
                 Mr. Jackley addresses the Court.
                 Mr. Van Norman addresses the Court.
                 Mr. Marshall addresses the Court.
                 Nothing further from the State.
                 Mr. Van Norman addresses the Court.
                 Statement by Mr. Moeller.

                 The Court will take the matter under advisement and will issue a written opinion.

11:15 AM     Court in recess.