# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 12-3488
_____

Donna Nichols

Movant - Appellant

Donald E. Moeller

Plaintiff - Appellee

v.

Douglas Weber, Warden, South Dakota State Penitentiary; Dennis Kaemingk, Secretary of South Dakota Department of Corrections, in his official capacity; Does 1 - 20, unknown employees or agents of the South Dakota Department of Corrections

Defendants - Appellees

------

Appeal from U.S. District Court for the District of South Dakota - Sioux Falls
(4:04-cv-04200-LLP)

------

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

October 29, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans