# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-3488

Donna Nichols

Appellant

Donald E. Moeller

Appellee

v.

Douglas Weber, Warden, South Dakota State Penitentiary, et al.

Appellees

_____

Appeal from U.S. District Court for the District of South Dakota - Sioux Falls
(4:04-cv-04200-LLP)

_____

## MANDATE

In accordance with the judgment of 10/29/2012, and pursuant to the provisions of Federal

Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled

matter.

October 29, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit