UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
DEC 05 2012

******************************************************************

| | |
|---|---|
| DONALD E. MOELLER, | CIV 04-4200 |
| Plaintiff | |
| vs. | ORDER |
| DOUGLAS WEBER, Warden, South Dakota State Penitentiary; DENNIS KAEMINGK, Secretary of the South Dakota Department of Corrections, in his official capacity; and DOES 1-20, unknown employees or agents of the South Dakota Department of Corrections, | |
| Defendants. | |

******************************************************************

The Court entered its Order concerning the unsealing of additional documents on November 7, 2012. Given the volume for review, the Court did not specify a date by which a response should be made. However, if a response is not made by January 7, 2013, the Court will on its own motion subsequent to that date unseal various documents.

IT IS SO ORDERED.

Dated this 5th day of December, 2012.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY_____
DEPUTY