IN THE SUPREME COURT

OF THE

STATE OF SOUTH DAKOTA

SUPREME COURT
STATE OF SOUTH DAKOTA
**FILED**

JUL 1 7 2013

*Shirl A Johnson Legal*
Clerk

\* \* \* \*

| | |
|---|---|
| CHARLES RUSSELL RHINES,<br> Petitioner, | ) ORDER DENYING MOTION FOR<br>) CERTIFICATE OF PROBABLE CAUSE<br>) |
| vs. | ) #26673<br>) |
| DOUGLAS WEBER, Warden,<br>South Dakota State<br>Penitentiary,<br> Respondent. | )<br>)<br>)<br>)<br>) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Petitioner having served and filed a motion for a certificate of probable cause to appeal from a final order entered by the trial court in the above-entitled habeas corpus proceeding on April 29, 2013, and respondent having served and filed a response thereto, and the Court having considered the motion and response and having determined that probable cause that an appealable issue exists has not been demonstrated, now, therefore, it is

ORDERED that the motion for a certificate of probable cause be and it is hereby denied.

DATED at Pierre, South Dakota, this 17th day of July, 2013.

BY THE COURT:

_____
David Gilbertson, Chief Justice

ATTEST:

_____
Clerk of the Supreme Court
(SEAL)

**EXHIBIT**
**3**

(Justices John K. Konenkamp and Lori S. Wilbur disqualified.)

PARTICIPATING: Chief Justice David Gilbertson and Justices Steven L. Zinter,
Glen A. Severson, Circuit Court Judge Scott P. Myren and
Retired Justice Robert A. Miller.