UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
SEP 13 2013

******************************************************************************

| | | |
|---|---|---|
| DONALD E. MOELLER, | * | CIV 04-4200 |
| Plaintiff, | * | |
| -vs- | * | ORDER |
| DOUGLAS WEBER, Warden,<br>South Dakota State Penitentiary,<br>DENNIS KAEMINGK, Secretary of<br>the South Dakota Department of<br>Corrections in his official capacity,<br>and DOES 1-20, unknown employees or<br>agents of the South Dakota Department<br>of Corrections, | * | |
| Defendants. | * | |

******************************************************************************

Defendants filed a Motion for Production of Sealed Word Files from the AFPDO (Arkansas Federal Public Defender's Office), Doc. 418. The Court then entered its Order Re: Motion for Production of Sealed Files on August 14, 2013, Doc. 427. Pursuant to that Order, the Arkansas Federal Public Defender's Office by its letter of August 20, 2013, Doc. 428, forwarded a copy of all of the pleadings in a .PDF format to the Defendants. Accordingly,

IT IS ORDERED that the Motion for Production of Sealed Word Files of the Defendants (Doc. 418) has been met.

Dated this 13th day of September, 2013.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, Clerk
BY: _____
DEPUTY