UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
OCT 11 2013

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| DONALD E. MOELLER, | \* | CIV. 04-4200 |
| | \* | |
| Plaintiff, | \* | |
| vs. | \* | |
| | \* | ORDER TO EXPAND |
| DOUGLAS WEBER, Warden, | \* | PROTECTIVE ORDER |
| South Dakota State Penitentiary, | \* | |
| DENNIS KAEMINGK, Secretary of | \* | |
| the South Dakota Department of | \* | |
| Corrections in his official capacity, | \* | |
| and DOES 1-20, unknown employees or | \* | |
| agents of the South Dakota Department | \* | |
| of Corrections, | \* | |
| | \* | |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On July 27, 2012, the Court entered an Order regarding disclosure of certain information. Since that time, the Court at the request of counsel, has entered various Orders expanding that Protective Order to cover other persons. Defendants in a filing of October 4, 2013, (Doc. 432) request that the Court expand its Protective Order to include Plaintiff's expert, Mark Shinaberry. The Court finds good cause to include Mark Shinaberry under the protections and restrictions of the Court's Protective Order. Accordingly,

IT IS ORDERED that any affidavit, report, or document concerning Mark Shinaberry is subject to the Court's Protective Order.

Dated this 11th day of October, 2013.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY:
DEPUTY